# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Victor Tamayo | Case No. 1:25 CR 132 JLT/SKO - 033 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Victor Tamayo, have discussed with Francisco J. Guerrero, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring is removed.

Reason for modification:   The condition is no longer necessary. Mr. Salas has been fully compliant with all conditions of release.   He is also subject to a significant cash bond of $50,000.

The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  12-16-2025    _[signature: Francisco J. Guerrero]_    December 16, 2025
Signature of Defendant    Date    Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_    12-17-25
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    12-16-25
Signature of Defense Counsel    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_[signature]_    12-16-25
Signature of Third-Party Custodian – Lisa Tamayo    Date

CONSENT TO MODIFY CONDITIONS OF RELEASE
Tamayo, Victor
Page 2

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _December 19, 2025_

☐ The above modification of conditions of release is *not* ordered.

Dated: December 16, 2025

_December 19, 2025_
Received by Ct.
12/19/25

_____
Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE