ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:25-CR-00132-JLT-SAB |
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA HEARING |
| VICTOR TAMAYO. | |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for status on June 3, 2026.

2.      By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on June 29, 2026, and to exclude time between June 3, 2026, and June 29, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes five volumes of initial and supplemental discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to prepare for the change of plea hearing and conduct investigation into matters of extenuation and mitigation for sentencing.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the

Stipulation                                                                 1

exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 3, 2026 to June 29, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: April 20, 2026                    Respectfully submitted,

ERIC GRANT
United States Attorney

By    */s/ Robert L. Veneman-Hughes, Antonio J. Pataca, and Luke B. Baty*
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys

Dated: April 20, 2026            By:    */s/ Marshall Hodgkins*
Marshall Hodgkins
Attorney for Defendant
Victor Tamayo

Stipulation                                2

ORDER

IT IS SO ORDERED that:

The status conference scheduled for June 3, 2026, is vacated and a change of plea hearing is set for June 29, 2026 at 9:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston, and the time period of June 3, 2026 to June 29, 2026, inclusive, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 upon finding of good cause pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) for the reasons stated above.  The defendant is ordered to appear.  Any plea agreement shall be filed at least one week prior to the June 29, 2026 hearing.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

Stipulation

3